CHRISTOPHER PELHAM (Bar No. 241068)
christopher.pelham@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9221

JEFFREY A. WEBB (*Pro Hac Vice*)
jeff.webb@nortonrosefulbright.com
MICHAEL W. O'DONNELL (*Pro Hac Vice*)
mike.odonnell@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Defendant
RACKSPACE TECHNOLOGY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDEMANN LAW, APC; and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RACKSPACE TECHNOLOGY, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00258<br><br>**NOTICE OF SETTLEMENT**<br><br>[*[Proposed] Order Lodged Concurrently Herewith*]<br><br>Judge: Hon. George H. Wu |

Case No. 2:23-cv-00258
NOTICE OF SETTLEMENT

1  Plaintiffs Lindemann Law, APC and Blake J. Lindemann (together, "Lindemann") and Defendant Rackspace Technology, Inc. ("Rackspace") (collectively, the "Parties"), by and through their respective counsel, hereby provide notice to the Court that they have reached a confidential settlement as to all claims. The parties will submit final dismissal papers in the near future. The parties jointly request that all current deadlines be vacated in the meantime.

///
///
///
///

| /s/ Blake J. Lindemann | /s/ Jeffrey A. Webb |
|---|---|
| BLAKE J. LINDEMANN | JEFFREY A. WEBB |
| DONNA R. DISHBAK | |
| **LINDEMANN LAW FIRM, APC** | CHRISTOPHER PELHAM |
| 433 N. Camden Drive | **NORTON ROSE FULBRIGHT US LLP** |
| Fourth Floor | 555 South Flower Street |
| Beverly Hills, CA 90210 | Forty-First Floor |
| Telephone: (310) 279-5269 | Los Angeles, CA 90071 |
| Facsimile: (310) 300-0267 | Telephone: (213) 892-9221 |
| | |
| *Attorneys for Plaintiffs Blake J. Lindemann and Lindemann Law Firm, APC* | JEFFREY A. WEBB (Admitted *Pro Hac Vice*) |
| | MICHAEL W. O'DONNELL (Admitted *Pro Hac Vice*) |
| | **NORTON ROSE FULBRIGHT US LLP** |
| | 111 W. Houston Street, Suite 1800 |
| | San Antonio, Texas 78205 |
| | Telephone: (210) 224-5575 |
| | Facsimile: (210) 270-7205 |
| | |
| | *Attorneys for Defendant Rackspace Technology, Inc.* |

# FILER'S ATTESTATION

The undersigned hereby attests that concurrence in the filing of this document has been obtained from counsel and is electronically signed with the express permission of counsel.

Dated: April 14, 2023          **NORTON ROSE FULBRIGHT US LLP**

/s/ *Jeffrey A. Webb*
Jeffrey A. Webb

Attorneys for Defendant
RACKSPACE TECHNOLOGY, INC.

**PROOF OF SERVICE**

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On April 14, 2023, I electronically filed the attached document(s):

    Notice of Settlement

    [Proposed] Order Vacating Deadlines Following Settlement

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

    Blake J. Lindemann, Esq.
    Donna R. Dishbak, Esq.
    LINDEMANN LAW FIRM, APC
    9777 Wilshire Blvd, 4th Floor
    Beverly Hills, CA 90212-1904
    Telephone: (310) 279-5269
    Facsimile: (310) 300-0267
    Email: blake@lawbl.com
           donna@lawbl.com

    Attorneys for Plaintiff
    Lindemann Law, APC

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2023, at Los Angeles, California.

*/s/ Diana Cardenas*
Diana Cardenas

DOCUMENT PREPARED ON RECYCLED PAPER