CHRISTOPHER PELHAM (Bar No. 241068)
christopher.pelham@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9221

JEFFREY A. WEBB (*Pro Hac Vice*)
jeff.webb@nortonrosefulbright.com
MICHAEL W. O'DONNELL (*Pro Hac Vice*)
mike.odonnell@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Attorneys for Defendant
RACKSPACE TECHNOLOGY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDEMANN LAW, APC; and ROES 1 through 100, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>RACKSPACE TECHNOLOGY, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 23-258-GW-Ex<br><br>**ORDER VACATING DEADLINES FOLLOWING SETTLEMENT**<br><br>Judge: Hon. George H. Wu |

Case No. 2:23-cv-00258
[PROPOSED] ORDER VACATING DEADLINES FOLLOWING SETTLEMENT

On April 14, 2023, Defendant Rackspace Technology, Inc. ("Defendant") and Plaintiffs Lindemann Law, APC and Blake J. Lindemann (together, "Plaintiffs") (collectively, the "Parties") filed a Notice of Settlement (the "Notice").

In light of the Notice, all current deadlines before this Court are vacated, with the expectation that a dismissal will be filed on or before May 17, 2023. The Court sets an order to show cause re settlement hearing May 18, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: April 17, 2023

_____
HON. GEORGE H. WU,
United States District Judge